UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Wright,                                                          Civil No. 16-2824 (DWF/HB)

                Plaintiff,

v.                                                                                       **ORDER ADOPTING REPORT
                                                                                            AND RECOMMENDATION**

State of Minnesota, Minnesota Department
of Corrections, Tom Roy, Commissioner,
Steve Hammer, Warden; Chris Pawelk,
Associate Warden; Mary McComb,
Associate Warden; Regina Stepney,
Associate Warden; Darryl Goebel,
Associate Warden; Richard Neururer;
Matthey Anderson; Jonathan Snell;
Russell Johannsen; Michael Slusher;
and Blythe Criswell,

                Defendants.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated October 25, 2016.  (Doc. No. [5].)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

      1.     Magistrate Judge Hildy Bowbeer's October 25, 2016 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 22, 2016        <u>s/Donovan W. Frank</u>
                                         DONOVAN W. FRANK
                                         United States District Judge